Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile:  (323) 464-7410

*Attorneys for Plaintiffs*
*Coach, Inc. and Coach Services, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation, <br><br>          Plaintiffs, <br><br>     v. <br><br> MASTER OF HANDBAGS, an unknown business entity; MONAKO VELLA, an individual; and DOES 1-10, inclusive, <br><br>          Defendants. | CASE NO. CV 11-0041 SJO (FMOx) <br><br><br> **JUDGMENT** <br><br><br><br><br><br><br> **Honorable S. James Otero** |

IT IS HEREBY ORDERED that judgment is granted in favour of Plaintiffs Coach, Inc. and Coach Services, Inc. and against Defendant Monako Vella, Inc. dba Master of Handbags on all claims.  Plaintiffs are awarded **$15,120.00** plus costs accrued by Plaintiffs to date.  Pursuant to Local Rule 54-3, Plaintiffs shall submit its Bill of Costs within 15 days of entry of judgment.

**IT IS SO ORDERED.**

DATED:    December 13, 2011

*[signature: S. James Otero]*

_____
Honorable S. James Otero
**United States District Judge**